100

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*Lawrence A. Walsh* §
§
versus §     CIVIL ACTION B-96-83
§
*Treasures Hills Investments.* §

United States District Court
Southern District of Texas
FILED

SEP 24 1998

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

SEP 24 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Setting Hearing

1. A *Status* hearing will be held before Judge Hilda G. Tagle on:

   October 26, 98, 1998

   at 10:00 A..m.

   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on 24 September, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
mhrgddl.