112

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LAWRENCE A. WALSH, TRUSTEE | : |
| VS. | : |
| | : CIVIL ACTION NO. B-96-83 |
| TREASURE HILLS INVESTMENTS, N.V., ET AL | : |

## ORDER

On this date, Plaintiff's Motion For Expedited Hearing To Reconsider Order On Plaintiff's Motion For Enforcement And Summary Judgment On Settlement Agreement was presented to the Court and the same is ~~Granted~~/Denied ~~and the following additional orders are issued~~:

_____

_____

_____

SIGNED AND ORDERED this 17 day of Feb, 1999.

_____
JUDGE PRESIDING