122

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LAWRENCE A. WALSH, | § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-96-83 |
| TREASURE HILLS INVS., ET AL., | § § | |
| Defendants. | § | |

## Order

BE IT REMEMBERED that on May 17, 1999, the Court considered Plaintiff LAWRENCE A. WALSH'S motion to amend interlocutory order (Dkt. No. 116). After reviewing the motion and the entire case file, the Court DENIES Plaintiff's motion to amend interlocutory order.

DONE at Brownsville, Texas, this 17 day of May 1999.

Hilda G. Tagle
United States District Judge