

United States District Court
Southern District of Texas
FILED

JUN 21 1999

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
JUN 28 1999
Michael N. Milby, Clerk

*Larry A. Walsh, Trustee*

§
§
versus § CIVIL ACTION B-*96-83*
§
*Treasure Hills Investments,* §
*N.V., Et Al* §

## Scheduling Order

1. Trial: Estimated time to try: __*8*__ days.   ☐ Bench   ☒ Jury

2. New parties must be joined by:   *3* __*October 22, 1999*__

    Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by:   *4* __*February 14, 2000*__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   *6* __*April 14, 2000*__

    Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
    No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by:   *7* __*May 15, 2000*__

*************************************************************************

7. Joint pretrial order is due:   *9* __*07-19-2000*__

    The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   *11* __*08-03-2000*__

    The case will remain on standby until tried.

9. Jury Selection:   __*08-08-2000*__

Signed __*June 21*__, 199*9*, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge