United States District Court
Southern District of Texas
FILED

JUN 2 1 1999

129

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Walsh
§
§
*versus*
§
§      CIVIL ACTION B- 96-83
§
Treasure Hills Investment
§
§      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF TEXAS
           ENTERED

Order Setting Conference

JUN 2 9 1999

Michael N. Milby, Clerk

1.   A status conference will be held on:

     _____10-21_____, 1999

     at __9:30__ A.m.

     Courtroom, Fourth Floor
     United States Courthouse
     500 Easts Tenth Street
     Brownsville, Texas 78521.

2.   To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3.   Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4.   The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed _____June 21_____, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge