/132

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LAWRENCE A. WALSH, TRUSTEE : | |
| : | |
| VS. : | |
| : | CIVIL ACTION NO. B-96-83 |
| TREASURE HILLS INVESTMENTS, N.V., : | |
| HECTOR DE ZAMACONA, ROBERTO : | |
| LOZANO-LOZANO, CARLOS GARCIA- : | |
| VILLARREAL, ALBERTO DIAZ-RIVERA : | |
| And GASTON DERBEZ-CANTU : | |

O R D E R

On this date, Plaintiff's, LAWRENCE A. WALSH, Trustee, *EMERGENCY MOTION TO COMPEL DISCOVERY* was presented to the Court and the same is ~~Granted~~/Denied and the following additional orders are issued:

_____

_____

_____

SIGNED AND ORDERED this _16_ day of _August_, 1999.

_____
JUDGE PRESIDING