*151*

United States District Court
Southern District of Texas
ENTERED

FEB 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

WALSH,           §
                 §
    Plaintiff,   §
                 §
v.               §   CIVIL ACTION NO. B-96-083
                 §
TREASURE HILLS INVESTMENTS,  §
ET AL,           §
    Defendants.  §

## ORDER

BE IT REMEMBERED that on February 9, 2000, the Court considered all pending motions in the *Walsh v. Treasure Hills Investments, et al*, Civil Action B-96-083. Because of repeated assurances, from all parties, that this matter is on the verge of settling and the length of time which these motions have been urged, the Court DENIED WITHOUT PREJUDICE the following motions:

1. Defendant Treasure Hills Investments' motion for summary judgment (Dkt. No. 134-1).

2. Plaintiff Walsh's motion for reconsideration (Dkt. No. 138-1).

3. Plaintiff Walsh's motion to compel (Dkt. No. 139-1).

4. Plaintiff Walsh's motion for sanctions (Dkt. No. 140-1).

In the event that the parties are unable to settle this matter, the respective parties are granted leave to re-file their respective motions.

DONE at Brownsville, Texas, this _____ day of February 2000.


    Hilda G. Tagle
    United States District Judge