*152*

United States District Court
Southern District of Texas
ENTERED

MAR 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WALSH, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-96-083 |
| TREASURE HILLS INVESTMENTS, ET AL, | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on March 29, 2000, the Court was informed that the settlement in this case had been funded. Because this case has been resolved, the parties are ORDERED to enter, by 4:00 p.m., on Thursday, March 30, 2000, a notice of settlement pursuant to the Chamber's Civil Procedure Manual Rule 16 A & B.

DONE at Brownsville, Texas, this ___30___ day of March 2000.

_____
Hilda G. Tagle
United States District Judge