/53

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WALSH, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-96-083 |
| TREASURE HILLS INVESTMENTS, ET AL, | § § § | |
| Defendants. | § | |

## Final Order of Dismissal

1. The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this ___31___ day of March 2000.

_____
Hilda G. Tagle
United States District Judge